JS-6

Edward E. Sipes, Esq. (SBN 172453)
Tamar G. Ellyin, Esq. (SBN 266860)
CHRISTENSEN HSU SIPES LLP
1629 Cravens Avenue
Torrance, California 90501
Tel: (310) 222-8607 / Fax: (310) 222-8680
tamar@chs.law

Attorneys for Defendant, MILES WILLIAM SCIRE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA GUIDRY, ERIC GUIDRY, and PAUL GUIDRY, as individuals and as the successors in interest of the Estate of Kenneth Guidry,<br><br>Plaintiffs,<br><br>vs.<br><br>MILES WILLIAM SCIRE; SUNTRUST EQUIPMENT FINANCE & LEASING CORP.; and DOES 1 through 30, inclusive,<br><br>Defendants. | Civil Action No.: 5:26-cv-03768-KK-ACCV<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**<br><br>Complaint Filed:   March 4, 2026<br>Trial:                    Not set |

The Court, having considered the parties' Stipulation to Remand, and good cause appearing, orders as follows:

1.  The Stipulation is granted.

///

-1-

**ORDER GRANTING JOINT STIPULATION TO REMAND TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

CHRISTENSEN HSU SIPES LLP

2.  This action is remanded to the Superior Court of the State of California, County of Riverside, Case No. CVME2604662.

3.  The Clerk of the Court shall transmit a certified copy of this Order to the clerk of the Superior Court of California, County of Riverside, and shall close this case.

**IT IS SO ORDERED.  (JS-6)**

Dated: _____July 10, 2026_____        Signed: _____

United States District Judge

-2-

**ORDER GRANTING JOINT STIPULATION TO REMAND TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**